UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 15 AM 10: 01

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 2:22-cr-00067 |
| | ) | |
| DEVEN MOFFITT, | ) | |
| Defendant. | ) | |

## WAIVER OF DETERMINATION OF FORFEITURE BY JURY

I, Deven Moffitt, am aware that I may elect to have a jury determination concerning specific assets the United States seeks to forfeit in this proceeding pursuant to Rule 32.2(5)(A) of the Federal Rules of Criminal Procedure. After conferring with my counsel, I do hereby knowingly and voluntarily waive my ability to request a jury determination as to forfeiture in the above action, and agree that, if convicted, the Court will determine whether property is subject to forfeiture.

5/15/24
Date

DEVEN MOFFITT
Defendant

5/15/24
Date

KEVIN M. HENRY
Counsel for the Defendant