UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 16 PM 4:06

CLERK

BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-00067 |
| | ) | |
| DEVEN MOFFITT | ) | |

## VERDICT FORM

**Count One:**

As to the charge that on or about June 1, 2022, in the District of Vermont, the defendant, DEVEN MOFFITT, knowingly and intentionally possessed with intent to distribute fentanyl and cocaine, both Schedule II controlled substances, do you unanimously find him not guilty or guilty:

**Not Guilty** _____          **Guilty** ✓ _____

If you find the defendant guilty of Count One, please proceed to enter your verdict on Count Two. If you find the defendant not guilty of Count One, please sign and date the form without entering a verdict for Count Two.

**Count Two:**

As to the charge that on or about June 1, 2022, in the District of Vermont, the defendant, DEVEN MOFFITT, knowingly possessed one or both of the firearms described in the indictment, specifically a .22 caliber High Standard Mfg. Corp. revolver and a 9mm Hi-Point pistol, in furtherance of the drug trafficking crime alleged in Count One, namely possession with intent to distribute fentanyl and cocaine, do you unanimously find him not guilty or guilty:

**Not Guilty** _____          **Guilty** ✓ _____

SO SAY WE ALL

███████████████████████

_____
**Signature of the Foreperson**

5/16/2024
_____
**Date**