UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-00067 |
| | ) | |
| DEVEN MOFFITT | ) | |

## SPECIAL VERDICT FORM

**Count Three:**

As to the charge that the defendant, DEVEN MOFFITT, having previously been convicted of a crime punishable for a term exceeding one year and knowing that he had been convicted of such crime, knowingly possessed a firearm or firearms which had been shipped and transported in interstate commerce, do you unanimously find him not guilty or guilty:

**Not Guilty** \_\_\_\_    **Guilty** ✓

If you find the defendant guilty, what firearm or firearms do you unanimously find that the defendant, DEVEN MOFFITT, possessed:

✓ .22 caliber High Standard Mfg. Corp. revolver

✓ 9mm Hi-Point pistol

SO SAY WE ALL

_____     5/16/2024
Signature of the Foreperson                Date